IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR HARDY | : | CIVIL ACTION |
| v. | : | |
| COMMON OF PA, et al. | : | NO. 10-5045 |

### ORDER

AND NOW, this 25th day of October, 2012, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. A certificate of appealability shall not issue in that, for reasons explained in the Report and Recommendation, petitioner has not made the requisite showing of the denial of a constitutional right.

BY THE COURT:

MITCHELL S. GOLDBERG, J.